Certificate Number: 05781-GAN-DE-037580941

Bankruptcy Case Number: 23-52267



05781-GAN-DE-037580941

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 10, 2023, at 11:08 o'clock PM PDT, Shetial Wingard completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date:   July 10, 2023                    By:      /s/Allison M Geving

                                        Name:   Allison M Geving

                                        Title:    President