**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

| | |
|---|---|
| In Debtor(s)<br>Re: **Shetial Atrice Diana Wingard**<br>1426 Little Creek Drive<br>Lawrenceville, GA 30045<br><br>xxx−xx−2516 | Case No.: **23−52267−jwc**<br>Chapter: **7**<br>Judge: **Jeffery W. Cavender** |

**DISCHARGE OF DEBTOR(S) WITH ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, CLOSING ESTATE AND DISCHARGING TRUSTEE**

   It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Bankruptcy Code, (the Bankruptcy Code).

   It further appears that the trustee in the above styled case has filed a report of no distribution and said Trustee has performed all other and further duties required in the administration of said estate; accordingly, it is hereby

   **ORDERED** that the said estate is closed; that the Trustee is discharged from and relieved of said trust.

_____
Jeffery W. Cavender
United States Bankruptcy Judge

Dated:  July 17, 2023

Form 182

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION
REGARDING THE BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE**

FORM 182 continued

## EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. [In a case involving community property: There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

This discharge does not affect any property of the estate as defined by section 541 of the Bankruptcy Code, and the automatic stay of section 362(a) of the Bankruptcy Code continues to apply to any property of the estate unless and until the automatic stay has been terminated by order of the court or expires pursuant to section 362(c) of the Bankruptcy Code. Such property remains subject to administration by the trustee on behalf of the bankruptcy estate.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**This Bankruptcy Discharge is an important document that you should retain in the event a copy is needed in the future. If you request a copy from the Clerk's Office at a later date, you will be required to pay a fee.**

United States Bankruptcy Court

Northern District of Georgia

In re:  Case No. 23-52267-jwc

Shetial Atrice Diana Wingard  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9  User: admin  Page 1 of 3
Date Rcvd: Jul 17, 2023  Form ID: 182  Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shetial Atrice Diana Wingard, 1426 Little Creek Drive, Lawrenceville, GA 30045-7991 |
| 24190332 | + | Buddy's, 1289 Veterans Memorial Hwy SW, Mableton, GA 30126-3100 |
| 24190341 | + | GOLDOLLER REAL ESTATE INVESTMENTS DBA BR, PO BOX 2109, Woodstock, GA 30188-1374 |
| 24190342 | + | Hampton Village, 1900 Tree Mountain Pkwy, Stone Mountain, GA 30083-6711 |
| 24190344 | + | J & J FINANCIAL Group, LLC, 3285 Satellite Blvd, Duluth, GA 30096-9094 |
| 24190346 | | Ken Smith Finance, 4132 Athens HWY, Loganville, GA 30052 |
| 24190349 | + | Laurie Ann Joyner and Perrell Joyner, 931 Ledge Hill Cove, Lawrenceville, GA 30045-4663 |
| 24190354 | + | Pegasus Residential, LLC, 1750 Founders Pkwy, Suite 180, Alpharetta, GA 30009-7644 |
| 24190359 | + | ROC II GA Bridgewater LLC, 111 East Sego Lily Drive, Suite 400, Sandy, UT 84070-4422 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 24190330 | + | Email/Text: backoffice@affirm.com | Jul 17 2023 20:40:00 | Affirm, P.O. Box 720, San Francisco, CA 94104-0720 |
| 24190331 | + | Email/Text: CSCBNC@cscglobal.com | Jul 17 2023 20:39:00 | Afterpay US, Inc., c/o Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808-1674 |
| 24190333 | + | Email/Text: financeadmin@mdg.com | Jul 17 2023 20:38:00 | CAPITAL COMMUNITY BA, 3422 OLD CAPITOL TRL, PMB WILMINGTON, DE 19808-6124 |
| 24190334 | + | EDI: CONVERGENT.COM | Jul 18 2023 00:20:00 | CONVERGENT OUTSOURCING, PO BOX 9004, RENTON, WA 98057-9004 |
| 24190335 | + | Email/Text: ebankruptcy@cbamacon.com | Jul 17 2023 20:39:00 | CREDITORS BUREAU ASSOCIA, 112 WARD ST, MACON, GA 31204-3147 |
| 24190336 | + | Email/Text: electronicbkydocs@nelnet.net | Jul 17 2023 20:39:00 | DEPT OF ED / NELNET, 121 S 13th Street, Lincoln, NE 68508-1904 |
| 24190338 | + | Email/Text: bknotice@ercbpo.com | Jul 17 2023 20:39:00 | ENHANCED RECOVERY COMPAN, PO BOX 57547, JACKSONVILLE, FL 32241-7547 |
| 24190339 | + | EDI: AMINFOFP.COM | Jul 18 2023 00:20:00 | FIRST PREMIER BANK, 3820 N LOUISE AVE, SIOUX FALLS, SD 57107-0145 |
| 24190340 | | EDI: GADEPTOFREV.COM | Jul 18 2023 00:20:00 | Georgia Department of Revenue, 1800 Century Blvd NE Suite 910, Atlanta, GA 30345 |
| 24190343 | | EDI: IRS.COM | Jul 18 2023 00:20:00 | IRS, Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 24190345 | | EDI: JEFFERSONCAP.COM | Jul 18 2023 00:20:00 | Jefferson Capital Systems LLC, PO Box 7999, Saint Cloud, MN 56302 |
| 24190347 | | Email/Text: legaldivision@kheaa.com | Jul 17 2023 20:38:00 | KHEAA, 100 AIRPORT RD, FRANKFORT, KY 40601-4323 |
| 24190348 | | Email/Text: customerservice.us@klarna.com | | |

| District/off: 113E-9 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 17, 2023 | Form ID: 182 | Total Noticed: 38 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 24190350 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 17 2023 20:38:00 | Klarna, PO Box 206487, Dallas, TX 75320 |
| | | | Jul 17 2023 20:46:23 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 24190351 | + | Email/Text: financeadmin@mdg.com | Jul 17 2023 20:38:00 | MDG USA Inc., PMB No. 1993, 3422 Old Capitol, Wilmington, DE 19808-6124 |
| 24190353 | + | Email/Text: bankruptcy@ncaks.com | Jul 17 2023 20:38:00 | NCA, P.O. Box 550, Hutchinson, KS 67504-0550 |
| 24190352 | + | Email/Text: bankruptcy@ncaks.com | Jul 17 2023 20:38:00 | National Credit Adjusters, LLC, Attn: Bankruptcy Department, P.O. Box 3023, Hutchinson, KS 67504-3023 |
| 24190355 | | Email/Text: conor@perpay.com | Jul 17 2023 20:38:00 | PERPAY, INC, 2400 MARKET ST STE 300, PHILADELPHIA, PA 19103 |
| 24190356 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 17 2023 20:57:54 | PINNACLE CREDIT SERVICES, LLC, C/O RESURGENT CAPITAL SERVICES, P.O. BOX 10587, Greenville, SC 29603-0587 |
| 24190357 | + | EDI: JEFFERSONCAP.COM | Jul 18 2023 00:20:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC, PO box 7999, Saint Cloud, MN 56302-7999 |
| 24190358 | + | EDI: Q3G.COM | Jul 18 2023 00:20:00 | Quantum3 Group as agent for Sadino, PO Box 788, Kirkland, WA 98083-0788 |
| 24190360 | + | Email/Text: cs@securitycreditservicesllc.com | Jul 17 2023 20:38:00 | SECURITY CREDIT SERVICES, 306 ENTERPRISE DR, OXFORD, MS 38655-2762 |
| 24190362 | | Email/Text: bankruptcy@springoakscapital.com | Jul 17 2023 20:38:00 | SPRING OAKS CAPITAL LLC, PO BOX 1216, CHESAPEAKE, VA 23327 |
| 24190363 | + | EDI: CBS7AVE | Jul 18 2023 00:20:00 | SWISS COLONY / MONTGOMER, 1112 7TH AVE, MONROE, WI 53566-1364 |
| 24190361 | + | Email/Text: dl-csgbankruptcy@charter.com | Jul 17 2023 20:40:00 | Spectrum, 1260 West Spring St, Ste A, Smyrna, GA 30080-3636 |
| 24190364 | + | Email/Text: bankruptcydepartment@tsico.com | Jul 17 2023 20:39:00 | TRANSWORLD SYSTEMS, PO BOX 15095, WILMINGTON, DE 19850-5095 |
| 24190365 | + | Email/Text: bankruptcy@bbandt.com | Jul 17 2023 20:39:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 24193462 | | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Jul 17 2023 20:39:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |
| 24190366 | + | EDI: AIS.COM | Jul 18 2023 00:20:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 24190337 | *+ | DEPT OF ED/NELNET, 121 S 13TH ST, LINCOLN, NE 68508-1904 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 113E-9 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 17, 2023 | Form ID: 182 | Total Noticed: 38 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2023              Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew D. Gleason | on behalf of Creditor J&J Financial Group LLC agleason@lrglaw.com |
| David M. Wittenberg | on behalf of Creditor Hong-Tran LLC lawwitt@hotmail.com |
| Karen King | on behalf of Debtor Shetial Atrice Diana Wingard myecfkingnking@gmail.com;EcfmailR62760@notify.bestcase.com |
| Michael J. Bargar | mbargar@rlkglaw.com GA67@ecfcbis.com;ecfbargar@rlkglaw.com;mbargar@ecf.courtdrive.com;emillerrlkg@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |

TOTAL: 5